UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. 11CR4426-AJB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | ORDER GRANTING MOTION TO DISMISS |
| ) | WITHOUT PREJUDICE AND JUDGMENT OF |
| JORGE MAZARIEGOS-DOMINGUEZ, ) | DISMISSAL |
| ) | |
| Defendant. ) | |
| ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the indictment in the above-captioned case is dismissed without prejudice as to Defendant Jorge Mazariegos-Dominguez.  All pending hearing dates are vacated as to this defendant.

IT IS SO ORDERED.

DATED: November 17, 2011

_____
Hon. Anthony J. Battaglia
U.S. District Judge